In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00159-CV**
_____


**IN RE JAY MANAGEMENT COMPANY, LLC**

═══════════════════════════════════════════════════════

**Original Proceeding**
**253rd District Court of Liberty County, Texas**
**Trial Cause No. CV1307335**

═══════════════════════════════════════════════════════


**ORDER**

Jay Management Company, LLC filed a petition for writ of mandamus. The relator is a non-party seeking protection from discovery in Trial Cause Number CV1307335, *Joe Alfred Izen, Jr. v. Liberty County Appraisal District, et al*. Relator seeks a writ compelling the Honorable Chap B. Cain III, Judge of the 253rd District Court, to vacate his order of April 30, 2019, which denied relator's motion to quash deposition and subpoena duces tecum and ordered relator to produce a corporate representative for deposition and subpoena duces tecum. We note our jurisdiction

1

over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2018).

Relator requests that the trial court's discovery order be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice.  It is ORDERED that the trial court's order of April 30, 2019, in Trial Cause Number CV1307335 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The responses of the real parties in interest, Joe Alfred Izen, Jr. and Liberty County Appraisal District, are due June 10, 2019.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED May 30, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.